1  Michael K. Iwahiro, SBN 125257
   John S. Knowlton, SBN 143517
2  Michael S. Wilcox, SBN 215269
   THE BURTON LAW FIRM
3  400 Capitol Mall, Suite 1850
   Sacramento, California 95814
4  Telephone: 916.822-8700
5  E-Mail: *miwahiro@lawburton.com*
   E-Mail: *jknowlton@alwburton.com*
6
7  Attorneys for Defendant and Counter-claimant
   MACRO PLASTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US INTERLOC MATTING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACRO PLASTICS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>MACRO PLASTICS, INC., a California corporation,<br><br>Counter-claimant,<br><br>vs.<br><br>US INTERLOC MATTING, INC., a California corporation,<br><br>Counter-defendant. | Case No.: 2:17 -cv- 0733-JAM-DB<br><br>**STIPULATION AND ORDER FOR LEAVE OF COURT TO MACRO PLASTICS, INC. TO FILE FIRST AMENDED COUNTERCLAIM AND TO US INTERLOC MATTING, INC. TO FILE FIRST AMENDED ANSWER THERETO** |

To the Honorable Court and to counsel and all parties of record herein:

– 1 –

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO
FILE FIRST AMENDED COUNTERCLAIM

WHEREAS on February 22, 2016 Plaintiff US Interloc Matting, Inc. ("USI") filed its California State Court Complaint for Breach of the Implied Covenant of Good Faith & Fair Dealing (causes of action 1 through 3), Common Count: Goods and Services Rendered, *Quantum Meruit*, Violation of California's Unfair Trade Practices Act, and Declaratory Relief. Plaintiff's Complaint was filed in the Superior Court of the State of California, County of Solano, case number FCS 048429 (herein the "Complaint"); and

WHEREAS on or about April 3, 2017 Macro Plastics, Inc. (herein "MPI") filed its Notice of Removal of Civil Action, removing Solano County Superior Court action from state court to the United States District Court, Eastern District of California; and

WHEREAS on or about April 7, 2017, MPI filed its Answer and Affirmative Defenses to the Complaint (herein "Answer to Complaint") and concurrently also, as a Counterclaimant, filed its Counterclaim against USI for Trademark Infringement, Service Mark Infringement, Copyright Infringement, Lanham Act Misrepresentations, Breach of Contract, Unfair Competition and Declaratory Relief (herein "Counterclaim"); and

WHEREAS on or about April 28, 2017 USI filed its Answer to Macro Plastic, Inc.'s Counterclaim (herein "Answer to Counterclaim"); and

WHEREAS subsequent to the filing of MPI's Counterclaim it was determined that a claim MPI wishes to assert was inadvertently omitted, and a new proposed First Amended Counterclaim was then drafted (herein "First Amended Counterclaim"). The proposed First Amended Counterclaim adds an additional claim of breach of contract to its Fifth Cause of Action, and a related count (8th Cause of Action) for Open Book Account. A true and correct copy of the marked and edited version of the proposed First Amended Counterclaim is attached hereto as Exhibit 1. A full, complete and unmarked version of the First Amended Counterclaim, with all supporting exhibits to it, is attached hereto as Exhibit 2; and

WHEREAS the parties, by and through their counsel of record, have in good faith meet and conferred about the filing of the proposed First Amended Counterclaim, and to allow Counter-defendant USI the ability to file an Answer to the First Amended Counterclaim (herein "Answer to the First Amended Counterclaim").

/ / / / /

/ / / / /

**WHEREFORE,** it is hereby stipulated by all parties herein by and through their respective counsel of record that:

1. The proposed amendments arise out of the same transactions and are part of the same subject matter alleged in the Complaint;
2. The proposed amendments do not require adding another party over whom the court cannot acquire jurisdiction;
3. Rule 15 of the Federal Rules of Civil Procedure permit parties to amend their pleading with the opposing party's consent or with leave of court;
4. Rule 15 further provides that the court should freely provide leave when justice so requires.
5. Justice supports granting MPI leave to file its First Amended Counterclaim, a true and correct copy of which is attached as Exhibit 1.
6. Counter defendant USI should be given 20 days after filing and service of the First Amended Counterclaim to file its Answer thereto.

IT IS SO STIPULATED.

DATED: August 21, 2017

                                                                DIEPENBROCK ELKIN GLEASON LLP

                                                                By   */s/ David A. Diepenbrock*
                                                                         David A. Diepenbrock

                                                                 Attorneys for Plaintiff and Counter defendant,
                                                                 U.S. INTERLOC MATTING, INC.

DATED: August 21, 2017

THE BURTON LAW FIRM

By   */s/ John S. Knowlton*
    John S. Knowlton

Attorneys for Defendant and Counterclaimant,
MACRO PLASTICS, INC.

## **ORDER**

The Court having reviewed the foregoing Stipulation by and among the parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Counterclaimant Macro Plastics, Inc. is granted leave of court to file its First Amended Counterclaim, a copy of which is attached hereto as Exhibit 1.

**IT IS FURTHER ORDERED** that Counter defendant U.S. Interloc Matting, Inc. shall file its Answer to the First Amended Counterclaim within 20 days after the First Amended Counterclaim is filed.

**IT IS FURTHER ORDERED** that the First Amended Counterclaim is deemed filed as of the date this Order is transmitted to the parties via the CM/ECF system.

IT IS SO ORDERED.

Dated: 8/22/2017

                                        /s/ John A. Mendez

                                        Hon. John A. Mendez
                                        United States District Court Judge