UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. INTERLOC MATTING, INC., | No. 2:17-cv-0733 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| MACRO PLASTICS, INC., | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS | |

Defendant's motion for a protective order is scheduled for hearing before the undersigned on October 20, 2017, pursuant to Local Rule 302(c)(1). (ECF No. 20.) On October 12, 2017, the parties filed a joint statement in compliance with Local Rule 251. (ECF No. 22.) However, the parties' joint statement consists of 52 pages, excluding exhibits. Joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits, as explained in the undersigned's Standard Information re discovery disputes set forth on the court's web page. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db

Accordingly, IT IS HEREBY ORDERED that:

1. The October 20, 2017 hearing of defendant's motion for a protective order (ECF No. 13) is continued to **Friday, November 3, 2017,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

1

2. On or before October 27, 2017, the parties shall file a joint statement that complies with the Local Rules and the undersigned's Standard Information.

Dated: October 12, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\interloc0733.js.page.ord