DAVID A. DIEPENBROCK (SBN 215679)
DIEPENBROCK ELKIN GLEASON LLP
500 Capitol Mall, Suite 2200
Sacramento, CA 95814-4413
Telephone: (916) 492-5048
Facsimile: (916) 446-2640
Email: ddiepenbrock@diepenbrock.com

Attorneys for Plaintiff and Counterdefendant
U.S. INTERLOC MATTING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. INTERLOC MATTING, INC, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MACRO PLASTICS, INC. a California corporation; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-00733-JAM-DB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |
| MACRO PLASTICS, INC., a California corporation,<br>　　　　　Counterclaimant,<br><br>vs.<br><br>U.S. INTERLOC MATTING, INC, a California corporation,<br><br>　　　　　Counterdefendant. | |

{00605914; 1}

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the parties to this action, Plaintiff and Counterdefendant U.S. Interloc Matting, Inc. ("USI") and Defendant and Counterclaimant Macro Plastics, Inc. ("MPI"), acting by and through their designated counsel of record, that the entire above-captioned action be and hereby is dismissed, with prejudice. It is further stipulated that each party shall bear its own attorney's fees and costs. |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the parties to this action, Plaintiff and Counterdefendant U.S. Interloc Matting, Inc. ("USI") and Defendant and Counterclaimant Macro Plastics, Inc. ("MPI"), acting by and through their designated counsel of record, that the entire above-captioned action be and hereby is dismissed, with prejudice. It is further stipulated that each party shall bear its own attorney's fees and costs.

SO STIPULATED.

Dated: May 15, 2018         DIEPENBROCK ELKIN GLEASON LLP

By:     /s/ *David A. Diepenbrock*
        David A. Diepenbrock
        Attorneys for Plaintiff and Counterdefendant
        U.S. INTERLOC MATTING, INC.

Dated: May 15, 2018         THE BURTON LAW FIRM

By:     /s/ *John S. Knowlton*
        John S. Knowlton
        Attorneys for Defendant and Counterclaimant
        MACRO PLASTICS, INC.

## **ORDER**

Pursuant to the stipulation of all parties, all claims and counterclaims stated herein against all parties, are hereby dismissed with prejudice, together with the entirety of the action.

IT IS SO ORDERED.

Dated: May 15, 2018

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge